**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

_____

No. 97-60552
(Summary Calendar)
_____

DANIEL S. CORNACCHIONE, SR.,

Plaintiff-Appellant,

versus

FORREST COUNTY GENERAL HOSPITAL,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Mississippi
(96-CV-159)
_____

July 21, 1998

Before WIENER, BARKSDALE, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

In this Americans with Disabilities Act[2] ("ADA") case, Plaintiff-Appellant Daniel S. Cornacchione, Sr. appeals the district court's grant of summary judgment in favor of Defendant-Appellant Forrest County General Hospital ("Forrest General"). Cornacchione argues that the district court erred in concluding that (1) Cornacchione was not "disabled" for purposes of the ADA; (2) Forrest General reasonably accommodated him; and (3) Forrest General did not discriminate against him because of a disability.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

[2]42 U.S.C. § 12101 et seq.

After a <u>de novo</u> review of the record, the briefs submitted by the parties, and the applicable law, we reach the same conclusions as did the district court for the same reasons articulated by that court in its Memorandum Opinion and Order.  Accordingly, as there is no genuine issue of material fact, the district court's decision granting summary judgment in favor of Forrest General is, in all respects,

AFFIRMED.